PHILLIP A. TALBERT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MORGAN,<br><br>                 Plaintiff,<br><br>vs.<br><br>UNITED STATES, et al.,<br><br>                 Defendants. | No. 2:17-cv-00372-WBS-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE AND JOINT STATUS REPORT** |

Pursuant to Local Rule 143, the parties hereby agree, stipulate, and propose to continue the Status (Pretrial Scheduling) Conference set for June 19, 2017, at 2 p.m. (*See* Dkt. No. 3) to **August 14, 2017, at 1:30 p.m.** The parties further agree, stipulate, and propose to continue the due date for a Joint Status Report to **July 31, 2017.** The United States was served in this matter on May 19, 2017, and its responsive pleading is not due until July 18, 2017. It would be premature to hold a scheduling conference or propose a discovery schedule when the pleadings are not closed and the case is not at issue. Thus, the parties stipulate and propose to continue the dates, as set forth above.

Respectfully submitted,

DATED: June 6, 2017

PHILLIP A. TALBERT
United States Attorney

By:    */s/ Gregory T. Broderick*
        GREGORY T. BRODERICK
        Assistant United States Attorney

By:    */s/ John Demas (authorized 06/06/2017)*
        JOHN DEMAS
        Attorney for Plaintiff

Good cause appearing, **IT IS SO ORDERED.**

The Status (Pretrial Scheduling) Conference set for June 19, 2017, at 1:30 p.m. is hereby continued to <u>**August 14, 2017, at 1:30 p.m**</u>.  The parties are directed to meet and confer, and file a Joint Status Report as set forth in the Order Re: Status (Pretrial Scheduling) Conference (Dkt. No. 3) on or before <u>**July 31, 2017.**</u>

Dated:  June 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE