1  McGREGOR W. SCOTT
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for the United States
6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10 RENEE MORGAN,                           No. 2:17-cv-00372-WBS-EFB

11           Plaintiff,                    **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO AMEND COMPLAINT**

12 vs.

13 UNITED STATES, et al.,

14           Defendants.

15

16   Pursuant to Local Rule 143, the parties hereby agree, stipulate, and propose that Plaintiff be
17 permitted to file an amended complaint to name the United States as a defendant, and to remove the
18 United States Postal Service and Paul Wayne Culbertson as defendants.  The parties further stipulate that
19 Plaintiff may file his first amended complaint on or before January 8, 2018.  Under Federal Rule of Civil
20 Procedure 15(a)(3), the United States has 14 days to respond to the amended complaint.

21   Further, the pending motion to dismiss challenges only Plaintiff's naming of the United States
22 Postal Service and its employee Paul Wayne Culbertson instead of the United States.  But 28 U.S.C. §
23 2679(b)(1) provides that federal agencies and employees are immune from suit for torts committed in
24 the "course and scope" of their employment, as Plaintiff alleges.  *See* Dkt. No. 16.  Therefore, the parties
25 agree that the filing of an amended complaint naming only the United States as a defendant, and not
26 naming the United States Postal Service or any federal employee, will moot the pending motion.

27   Therefore, the parties stipulate and propose that the Court permit Plaintiff to file her first
28 amended complaint on or before January 8, 2018, and that the United States file a responsive pleading

on or before January 22, 2018.  If Plaintiff files a complaint naming only the United States, the United States will withdraw the pending motion.

Respectfully submitted,

DATED:  January 4, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

By: */s/ John N. Demas (authorized 01/4/2018)*
JOHN N. DEMAS
Attorney for Plaintiff

Good cause appearing, **IT IS SO ORDERED.**

Plaintiff may file her first amended complaint on or before January 8, 2018. The United States' responsive pleading shall be filed on or before January 22, 2018.

Dated: January 4, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE