1  McGREGOR W. SCOTT
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MORGAN,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES, et al.,<br><br>        Defendants. | No. 2:17-cv-00372-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND JOINT STATUS REPORT** |

Pursuant to Local Rule 143, the parties hereby agree, stipulate, and propose to continue the Status (Pretrial Scheduling) Conference currently set for March 12, 2018, at 2 p.m. (*See* Dkt. No. 3) to April 16, 2018, at 2 p.m.  The parties further agree, stipulate, and propose to continue the due date for a Joint Status Report to April 2, 2018.  The United States has moved to dismiss Plaintiff's First Amended Complaint for lack of jurisdiction (Dkt. No. 23), and the hearing on that motion is not set until March 5, 2018.  It would be premature to hold a scheduling conference or propose a discovery schedule when the pleadings are not closed and the case is not at issue.  Thus, the parties stipulate and propose to continue the dates, as set forth above.

Respectfully submitted,

DATED:  February 12, 2018                               McGREGOR W. SCOTT
                                                        United States Attorney

                                                  By:   */s/ Gregory T. Broderick*
                                                        GREGORY T. BRODERICK
                                                        Assistant United States Attorney


                                                  By:   */s/ John Demas (authorized 02/12/2018)*
                                                        JOHN DEMAS
                                                        Attorney for Plaintiff

Good cause appearing, **IT IS SO ORDERED.**

The Status (Pretrial Scheduling) Conference set for March 12, 2018, at 2 p.m. is hereby continued to April 23, 2018, at 2 p.m.  The parties are directed to meet and confer, and file a Joint Status Report as set forth in the Order Re: Status (Pretrial Scheduling) Conference (Dkt. No. 3) on or before April 9, 2018.

Dated:  February 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE