1  McGREGOR W. SCOTT
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for the United States
6

7                    IN THE UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9  RENEE MORGAN,                          No. 2:17-cv-00372-WBS-EFB

10                 Plaintiff,              **STIPULATION AND [PROPOSED] ORDER
                                           TO CONTINUE HEARING ON UNITED
11  vs.                                    STATES' MOTION TO DISMISS FOR LACK
                                           OF JURISDICTION [DKT. NO. 23].**
12  UNITED STATES, et al.,

13                 Defendants.

14

15

16     Pursuant to Local Rule 143, the parties hereby agree, stipulate, and propose to continue the hearing

17  date for the United States' motion to dismiss the First Amended Complaint, currently set for March 5,

18  2018, at 1:30 p.m. (*See* Dkt. No. 23) to April 2, 2018, at 1:30 p.m. The parties further agree, stipulate,

19  and propose to continue the due date for Plaintiff's opposition to March 12, 2018, and the United States'

20  reply to March 26, 2018. The parties seek this continuance to pursue settlement efforts. Although the

21  parties attended a court-sponsored mediation and were far apart, the parties have recently held discussions

22  during the pending motion and are significantly closer to resolution. Rather than devote efforts to opposing

23  the motion and litigating the action, the parties would prefer to direct their own resources towards

24  resolution, and to spare the Court's resources if resolution is probable. Therefore, good cause exists to

25  continue the current hearing date to April 2, 2018, and to continue the due date for Plaintiff's Opposition

26  from its current date to March 12, 2018, and the United States' reply to March 26, 2018. This should give

27  the parties sufficient time to determine whether than can bridge the final distance and resolve the case, at

28  which point the Court would be spared any use of its resources.

Respectfully submitted,

DATED: February 16, 2018

        McGREGOR W. SCOTT
        United States Attorney

By:   */s/ Gregory T. Broderick*
      GREGORY T. BRODERICK
      Assistant United States Attorney

By:   */s/ John Demas (authorized 02/16/2018)*
      JOHN DEMAS
      Attorney for Plaintiff

1  Good cause appearing, **IT IS SO ORDERED.**

2  The United States' pending motion to dismiss (Dkt. No. 23), currently set for March 5, 2018, at 1:30 p.m. is hereby continued to April 2, 2018, at 1:30 p.m. Any opposition Plaintiff may have shall be filed on or before March 12, 2018, and any reply by the United States shall be filed on or before March 26, 2018. The parties shall promptly advise the Court of any resolution pursuant to Local Rule 160.

Dated: February 16, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE